

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ARACELI GARDEA, | | § | | No. 08-23-00214-CV |
|---|---|---|---|---|
| | Appellant, | § | | Appeal from the |
| v. | | § | | County Court at Law No. 5 |
| JOSE GARDEA, | | § | | of El Paso County, Texas |
| | Appellee. | § | | (TC# 2023DCM1824) |

### <u>MEMORANDUM OPINION</u>

Before this Court is Appellant's motion to voluntarily dismiss this appeal. The motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

JEFF ALLEY, Chief Justice

January 11, 2024

Before Alley, C.J., Palafox, and Soto, JJ.